IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| CHRISTINE A. BARRERA, ) | Case No. 20-15214 |
| ) | Judge: DOYLE |
| Debtor(s). ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
M.O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com and ecf@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*

See attached list.

PLEASE TAKE NOTICE that on May 11, 2021 at 9:30 am, I will appear before the Honorable Judge Doyle, or any judge sitting in that judge's place, and present the Motion to Extend Time for Debtor to file Claim on Behalf of Creditor, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161-155-8289 and the password is Doyle742. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: April 15, 2021          /s/ Christine H. Clar
                                                                                            Christine H. Clar, A.R.D.C. #6202332
                                                                                            Attorney for the Debtor(s)

*To the following persons or entities who have been served via U.S. Mail:*

Ms. Christine A. Barrera
260 E. Dennis Rd.
Wheeling, IL 60090

Express Title Loans
353 N. Milwaukee Ave.
Wheeling, IL 60090

LTD Acquisitions, LLC
3200 Wilcrest Dr., Ste. 600
Houston, TX 77042

Jefferson Capital Systems
P.o. box 7999
St. Cloud, MN 56302-9617

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Exeter Finance
AIS Portfolio Services
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

CW Nexus Credit Card Holdings I
Resurgent Capital Services
P.O Box 10368
Greenville, SC 29603-0368

Country Door/Ginny's/Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Sprint Corp.
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

AT&T Mobility II
Karen A. Cavagnaro, Paralegal
One AT&T Way, Ste. 3A104
Bedminster, NJ 07921

Opportunity Financial
130 E. Randolph St., Ste. 3400
Chicago, IL  60601

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL  62794-9035

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Chapter 13 |
| CHRISTINE A. BARRERA, | ) Case No. 20-15214 |
| | ) Judge: DOYLE |
| Debtor(s). | ) |

## MOTION TO EXTEND TIME FOR DEBTOR
## TO FILE CLAIM ON BEHALF OF CREDITOR

NOW COMES, THE DEBTOR, CHRISTINE A. BARRERA, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On August 6, 2020, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on October 27, 2020.

3) That Tom Vaughn was appointed Trustee in this case.

4) The Debtor's Chapter 13 plan provides for payments of $550.00 monthly for 2 Months, which decreased to $500.00 monthly for an additional 34 months, with an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

5) The Debtor tried in good faith to list all of their creditors with their correct addresses in the schedules filed with the Chapter 13 petition, but the debt owed to Express Title Loans contained the incorrect address.

6) The deadlines for filing a proof of claim were October 15, 2020 for all creditors except governmental units, and February 2, 2021 for governmental units; and the time for Debtors to file a proof of claim pursuant to Bankruptcy Rule 3004 has expired.

7) That the Debtor owes Express Title Loans $8,600.00, as unsecured, non-priority.

8) The Debtor intends that the debt owed to Express Title Loans be paid through her Chapter 13 plan, and desires to file a claim on behalf of said creditor to provide for that payment.

9) The Debtors further seek that payment under the claim for said creditor be allowed, despite the expiration of the time for the filing of the proof of claim.

10) Payment of the debts owed to said creditors will not render the Debtor's Chapter 13 plan unfeasible, and will not unfairly impair the rights of the other creditors of the Debtor.

WHEREFORE, the DEBTOR, prays that this Honorable Court enter an Order to Extend time for Debtor to File Claim on Behalf of Creditor, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com